AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ODESZA LLC

V.

The Partnerships and Unincorporated Associations Identified on Schedule A

CASE NUMBER: 1:23-CV-00577

ASSIGNED JUDGE: MARY M. ROWLAND

DESIGNATED MAGISTRATE JUDGE: JEFFREY T. GILBERT

TO: Shinelu Store and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ann Marie Sullivan
Sullivan and Carter, LLP
2743 N Ridgeway Ave
Chicago IL 60647

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

K. Albert
(By) DEPUTY CLERK

February 21, 2023
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: March 20, 2023 |
| NAME OF SERVER *(PRINT)*: Ann Marie Sullivan | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See Declaration of Service

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 20, 2023
*Date*

/s/ Ann Marie Sullivan
*Signature of Server*

1440 W. Taylor Street, Ste. 515 | Chicago, Illinois 60607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure