UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ODESZA LLC, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No.: 23-cv-00577 <br><br> Judge Mary M. Rowland <br><br> Magistrate Judge Jeffrey T. Gilbert |

### MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A

Plaintiff, ODESZA LLC, ("ODESZA" or "Plaintiff") hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants identified on Schedule A, attached hereto.

Plaintiff files herewith a Memorandum of Law in support.

Dated: April 17, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**Sullivan & Carter, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ODESZA LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>The Partnerships And Unincorporated Associations Identified On Schedule A,<br><br>　　Defendants. | Case No. 1:23-cv-00577 |

## SCHEDULE A

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Shinelu Store | aliexpress.com/store/1102171728 |
| 2 | Shop1100391814 Store | aliexpress.com/store/1100391814 |
| 3 | Shop1102064132 Store | aliexpress.com/store/1102064132 |
| 4 | Shop1102312068 Store | aliexpress.com/store/1102312068 |
| 5 | Shop1102313282 Store | aliexpress.com/store/1102313282 |
| 6 | Shop1102346085 Store | aliexpress.com/store/1102346085 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2023, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website.

*/s/ Alison K. Carter*
Alison K. Carter