## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

XYZ Corporation

                        Plaintiff,

v.                                                              Case No.: 1:23−cv−00577
                                                                    Honorable Mary M. Rowland

Shinelu Store, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for entry of default and default judgment against the defendants identified on schedule A [31] is granted. Enter Default Judgment Order. Telephonic status and motion presentment date of 4/20/23 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.